# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### ASHEVILLE DIVISION
#### 1:04cv92

| | |
|---|---|
| W. KELLEY BRASWELL, M.D., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| Vs. ) | ORDER |
| ) | |
| HAYWOOD REGIONAL MEDICAL ) | |
| CENTER; HARRY LIPHAM, M.D.; ) | |
| ERIC REITZ, M.D.; DEBERA HUDERLY, ) | |
| M.D.; LUIS MUNOZ, M.D.; DAVID ) | |
| PETERSON, M.D.; CHRISTOPHER ) | |
| WENZEL, M.D.; and RICHARD STEEL, ) | |
| M.D., ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

**THIS MATTER** is before the court on an oral motion made during a joint conference call from respective counsel on August 26, 2005. During such conference call, respective counsel informed the court that a medical emergency had occurred and that defendants would need additional time to complete a deposition of a physician witness. For good cause shown, the motion will be allowed.

### ORDER

**IT IS, THEREFORE, ORDERED** that the oral motion of August 26, 2005, is **ALLOWED,** and the parties are allowed up to and inclusive of September 16, 2005, to take and complete the deposition of a physician witness.

**Signed: September 13, 2005**

*Dennis L. Howell*
Dennis L. Howell
United States Magistrate Judge