# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## ASHEVILLE DIVISION
## 1:04cv92

| | |
|---|---|
| W. KELLEY BRASWELL, M.D., ) ) **Plaintiff,** ) ) Vs. ) ) HAYWOOD REGIONAL MEDICAL ) CENTER; HARRY LIPHAM, M.D.; ) ERIC REITZ, M.D.; DEBERA HUDERLY, ) M.D.; LUIS MUNOZ, M.D.; DAVID ) PETERSON, M.D.; CHRISTOPHER ) WENZEL, M.D.; and RICHARD STEEL, ) M.D., ) ) **Defendants.** ) _____ ) | **ORDER** |

**THIS MATTER** is before the court on an oral motion made during a joint conference call from counsel for the plaintiff and counsel for the defendants on August 26, 2005. During such conference call the plaintiff advised the court that the plaintiff was requesting an extension of time up to and including September 16, 2005 to respond to the Defendants' Motion for Summary Judgment. During the conference call the defendants advised the undersigned that they would consent to such an extension. For good cause shown, the motion will be allowed.

### ORDER

**IT IS, THEREFORE, ORDERED** that the oral motion of August 26, 2005 of the plaintiff to respond to the Defendants' Motion for Summary Judgment is **ALLOWED,** and is extended to and inclusive of September 16, 2005.

**Signed: September 13, 2005**

_Dennis L. Howell_
Dennis L. Howell
United States Magistrate Judge