IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

CIVIL NO. 1:04CV92

| | |
|---|---|
| W. KELLEY BRASWELL, M.D., )<br>)<br>Plaintiff, )<br>)<br>Vs. )<br>)<br>HAYWOOD REGIONAL MEDICAL )<br>CENTER; HARRY LIPHAM, M.D.; )<br>ERIC REITZ, M.D.; DEBERA )<br>HUDERLY, M.D.; LUIS MUNOZ, )<br>M.D.; DAVID PETERSON, M.D.; )<br>CHRISTOPHER WENZEL, M.D.; )<br>and RICHARD STEELE, M.D., )<br>)<br>Defendants. )<br>_____) | **O R D E R** |

**THIS MATTER** is before the Court *sua sponte* to continue the trial from the January 2006 term in the Asheville Division.

The Magistrate Judge is completing his review of the Defendants' motion for summary judgment. However, providing for the parties' possible objections to the Magistrate Judge's Memorandum and Recommendation, this Court will not complete its review of the motion and recommendations in time for the parties to adequately prepare for trial for the January 2006 term.

**IT IS, THEREFORE, ORDERED** that the Clerk calendar this case for trial during the Court's March 2006 term in the Asheville Division.

**Signed: December 2, 2005**

Lacy H. Thornburg
United States District Judge