IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

CIVIL NO. 1:04CV92

| | |
|---|---|
| W. KELLEY BRASWELL, M.D., ) ) Plaintiff, ) ) Vs. ) ) HAYWOOD REGIONAL MEDICAL ) CENTER; HARRY LIPHAM, M.D.; ) ERIC REITZ, M.D.; DEBERA ) HUDERLY, M.D.; LUIS MUNOZ, ) M.D.; DAVID PETERSON, M.D.; ) CHRISTOPHER WENZEL, M.D.; ) and RICHARD STEELE, M.D., ) ) Defendants. ) ) | J U D G M E N T |

For the reasons set forth in the Memorandum and Order filed herewith,

**IT IS, THEREFORE, ORDERED, ADJUDGED, AND DECREED** that the Defendants' motion for summary judgment is **ALLOWED**, and this matter is hereby **DISMISSED WITH PREJUDICE** in its entirety.

Signed: February 16, 2006

Lacy H. Thornburg
United States District Judge